IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: MONICA CALVERT
     211 AUSTIN DR                        CASE NO. 13-02438-KL3-7
     PORTLAND, TN 37148

        Debtor(s)
   SSN: XXX-XX-4168

## ORDER GRANTING MOTION TO REDEEM

     It appearing to the Court that the Notice and Motion to Redeem by Debtor in the above-referenced case is well taken, and there being no objections, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED by the Bankruptcy Court as follows:

     Debtor's Notice and Motion to Redeem is granted. Debtor may redeem the Kirby vacuum cleaner for $100.00 that is financed with United Consumer Financial.

This order was signed and entered electronically as indicated at the top of the first page.

APPROVED FOR ENTRY:
/S/MARK PODIS
Mark Podis (BPR #012216)
Attorney for Debtor
1161 Murfreesboro Road Suite 300
Nashville, TN 37217
Phone (615) 399-3800
Fax (615) 399-9794
Email – PodisBankruptcy@aol.com

## CERTIFICATE OF SERVICE

   This is to certify that a true and exact copy of the forgoing has been mailed to all interested parties, delivered to the Chapter 7 Trustee, Robert Waldschmidt, 7003 Chadwick Dr, Ste 211, PO Box 2828, Brentwood, TN 37024, mailed to the debtor, to United Consumer Financial, 865 Bassett Rd, Westlake, OH 44145, delivered to the Assistant U.S. Trustee for the Middle District of Tennessee, 3rd floor, Customs House, 701 Broadway, Nashville, TN 37203, copies were also sent via CM/ECF @ http://ecf.tnmb.uscourts.gov. on this the 3rd day of April, 2013.

                   /S/MARK PODIS
                   Mark Podis #012216